UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:08-CR-85 RLM |
| | ) | |
| WILLIAM J. DEPALMA | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 21, 2008 [Doc. No. 9]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant William DePalma's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1344.

SO ORDERED.

ENTERED:   August 11, 2008

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana